UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA FERNANDEZ, | Case No. CV 25-2125 FMO (BFMx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

Having been advised by counsel that the above-entitled action has been settled as to the remaining defendants Equifax, Inc. ("Equifax") (Dkt. 36, Notice of Settlement), and Synchrony Bank ("Synchrony") (Dkt. 38, Notice of Settlement), IT IS ORDERED that the action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than January 26, 2026, to re-open the action as to Equifax and/or Synchrony if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 12th day of December, 2025.

/s/
Fernando M. Olguin
United States District Judge